In the Matter of the Application of THE MAYOR, ETC, OF NEW YORK, Relative to the Opening of Cathedral Parkway. On the Petition of HENRY T. CAREY, as Trustee, etc., et. al., Appellants; HERMAN C. VON POST et al., Claimants, Respondents.

*Matter of The Mayor*, 20 App. Div. 404, affirmed.
(Argued January 24, 1898; decided March 1, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 9, 1897, modifying and, as modified, affirming an order of the Special Term confirming the report of a referee making distribution of an award.

*Clarence L. Barber* for appellants.

*Bache McE. Whitlock* and *James Punnett* for respondents.

Order affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.